No. 2,248.—THE STATE OF MONTANA ex rel. THE NEW MINES SAPPHIRE SYNDICATE, Relator, v. DISTRICT COURT OF TENTH JUDICIAL DISTRICT and Hon. E. K. CHEADLE, Judge Thereof, Respondents.

Original application for writ of supervisory control.

Decided November 2, 1905.

Per Curiam.—Relator's petition for writ of supervisory control is hereby denied.

*Mr. Fletcher Maddox,* for Relator.

———

No. 2,250.—THE STATE OF MONTANA ex rel. GEORGE MRZLAK, Relator, v. SECOND JUDICIAL DISTRICT COURT and Hon. GEORGE BOURQUIN, a Judge Thereof, Respondents.

Original application for writ of review.

Decided November 8, 1905.

Per Curiam.—The relator's application for a writ of review is hereby denied.

*Messrs. Maury & Hogevoll,* for Relator.